UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER AGYEI SARPONG et al., | CASE NO. 2:23-cv-01489-LK |
| Plaintiff, | ORDER |
| v. | |
| ANTONY J. BLINKEN et al., | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss. Dkt. No. 16. Pursuant to Federal Rule of Civil Procedure 41(a) and the parties' stipulation, this case is hereby DISMISSED without prejudice and without costs to any party.

Dated this 2nd day of July, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER - 1